# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0679.  UNIVERSAL PROTECTION SERVICE, LLC v. J. S. WRIGHT.**
**A23A0681.  FSP ONE RAVINIA DRIVE, LLC v. J. S. WRIGHT.**

We granted these applications for interlocutory appeal to review the trial court's order denying motions to dismiss filed by appellants, Universal Protection Service, LLC and FSP One Ravinia Drive, LLC. Based on the sparse evidence in the record related to the issues relevant to — as well as the issues raised in — these appeals, we conclude that the applications were improvidently granted. Accordingly, it is ordered that these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/12/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ , *Clerk.*